John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market Street, Suite 1100
San Jose, California 95113-2286
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant, MING ZHONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-02-20145 JW |
| ) | |
| Plaintiff, ) | APPLICATION FOR ORDER AND ORDER |
| ) | PERMITTING TRAVEL |
| vs. ) | |
| ) | |
| FEI YE and MING ZHONG, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**APPLICATION FOR ORDER PERMITING TRAVEL**

I, the undersigned declare:

1. I am an attorney licensed to practice law in the state of California and before this Honorable Court. I am a member in good standing of the State Bar of California. If called to testify as a witness regarding the matters set forth in this Declaration, I could do so of my own personal knowledge except as to matters which are based upon information and belief, and as to those matters, I do believe them to be true.

2. I am the attorney of record for Mr. Zhong in the above-captioned matter.

3. I am informed and believe Mr. Zhong wishes to travel, to Las Vegas, Nevada on December 24, 2006, via automobile for a family trip, returning to the Bay Area on December 26, 2006. A copy of Mr. Zhong's itinerary is attached hereto as Exhibit A.

5.	Assistant United States Attorney Kyle Waldingder and Anthony Granados of Pre-Trial Services have no object to this travel request.

6.	Mr. Zhong respectfully requests that the Court grant an order granting him permission to travel in accordance with the itinerary attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 29th day of November 2006, at San Jose, California.

_____/s/_____
John L. Williams

**ORDER**

The Court having considered the declaration of John L. Williams and good cause appearing therefore:

IT IS HEREBY ORDERED that the travel request of Mr. Zhong, in accordance with the itinerary attached as Exhibit A, is granted.

Date:   12/6/2006

_____
James Ware
United States District Court Judge

2

U.S. v. Fei & Zhong – No. CR-02-20145 JW
APPLICATION FOR ORDER AND ORDER PERMITTING TRAVEL

**TRIP ITINERARY**

**<u>DEPART</u>**

Drive to from Bay Area to Las Vegas December 24, 2006

**<u>HOTEL</u>**

Stratosphere Tower Hotel
2000 Las Vegas Blvd S
Las Vegas, NV 89104
T: 702.380.777 or 800.99-TOWER

Check in:   Sunday December 24, 2006
Check out:  Tuesday, December 26, 2006.

**<u>RETURN</u>**

Drive from Las Vegas to Bay Area December 26, 2006

**EXHIBIT A**

3