# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date: 12/14/2006 | Court Reporter: Irene Rodriguez |
| Case No: CR-02-20145 -JW | Interpreter: N/A |
| | U.S. Probation Officer: N/A |

## TITLE

U.S.A. v. Fei Ye(1) (NC) and Ming Zhong (2) (NC)

Attorney(s) for Plaintiff(s): Kyle Waldinger, Richard Cheng
Attorney(s) for Defendant(s): Paul Meltzer (Ye - 1), John Williams (Zhong - 2)

## PROCEEDINGS

Setting/Disposition

## ORDER AFTER HEARING

Disposition Held. Defendant Fei Ye present and not in custody for proceedings. Defendant Ming Zhong present and not in custody for proceedings.

The Court found the following:

1. The Court ACCEPTED Guilty Pleas taken from Defendants Fei Ye and Ming Zhong as to Counts 2 and 4 of the Indictment. The Government tendered that it will move to dismiss the remaining counts at the time of sentencing as well as the current charges of Defendant Fei Ye's wife one (1) month from the time of entry of plea.

2. The Court ACCEPTED the Plea Agreements of Defendants Fei Ye and Ming Zhong.

3. The Court ORDERED the Government to file redacted versions of Plea Agreements of Defendants Fei Ye and Ming Zhong.

4. The Court GRANTED the allowance of ten (10) days to Defendants and counsel to report to Probation for Pre-sentence Investigation.

5. The Court GRANTED Defendants Fei Ye and Ming Zhong to remain out of custody under the current conditions of release.

6. The Court SET a Sentencing Date of 4/23/2007 @ 1:30 PM

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
CC: N/A