1 | John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
2 | 84 W. Santa Clara Street, Suite 630
San Jose, California 95113-1808
3 | (408) 287-6193 – Telephone
(408) 287-1554 – Facsimile
4
Attorney for Defendant, MING ZHONG
5

IT IS SO ORDERED AS MODIFIED

*James Ware*

Judge James Ware

4/9/2008

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                              SAN JOSE DIVISION

9

10 | UNITED STATES OF AMERICA    )  No. CR-02-20145-JW
                                 )
11 |         Plaintiff,           )
                                 )  STIPULATION AND XXXXXXXXXX ORDER
                                 )  CONTINUING THE SENTENCING DATE
12 |         vs.                  )
                                 )
13 | FEI YE and MING ZHONG,       )
                                 )
14 |         Defendants.          )
                                 )
15                               )

16

17

18                              **STIPULATION**

19       Based upon the attached Declaration of Counsel for Ming Zhong, it is hereby stipulated

20 by and between the parties that the Sentencing date in the above entitled action may be continued

21 to June 23, 2008.

22 Date: 4/9/08                    *Kyle F. Waldinger*
                                   Kyle F. Waldinger
                                   Assistant United States Attorney
23

24 Date: 4-8-08                    *Paul Meltzer*  By JLL
                                   Paul Meltzer
25                                 Attorney for Defendant Fei Ye

John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
84 W. Santa Clara Street, Suite 630
San Jose, California 95113-1808
(408) 287-6193 – Telephone
(408) 287-1554 – Facsimile

Attorney for Defendant, MING ZHONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-02-20145-JW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND (PROPOSED) ORDER |
| vs. | ) | CONTINUING THE SENTENCING DATE |
| FEI YE and MING ZHONG, | ) | |
| Defendants. | ) | |

**STIPULATION**

Based upon the attached Declaration of Counsel for Ming Zhong, it is hereby stipulated by and between the parties that the Sentencing date in the above entitled action may be continued to June 23, 2008.

Date:

_____
Kyle F. Waldinger
Assistant United States Attorney

Date: 4-8-08

_____
Paul Meltzer                    By JLL
Attorney for Defendant Fei Ye

Date:

John L. Williams
Attorney for Defendant Ming Zhong

## ORDER

Based upon the Declaration of counsel for Ming Zhong, the Stipulation of all Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED,** the Sentencing date in the above entitled matter is continued to June 23, 2008.

Due to the age of this case, the length of time since the parties have last appeared before this court, and the Court's efforts to resolve its own docket, any further requests for continuance shall be made on the Court's record.

Dated: _____April 9, 2008_____

James Ware
U.S. District Court Judge

///
///
///
///
///
///
///
///
///
///
///
///

U.S. v. Ye, et al. – No. CR-5-01-408 JW
STIPULATION AND (PROPOSED) ORDER CONTINUING THE SENTENCING DATE