

IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

1  John L. Williams, Esq. SBN: 43912
   MANCHESTER, WILLIAMS & SEIBERT
2  125 S. Market St., Suite 1100
   San Jose, CA 95113-2286
3  408.287.6193 – Telephone
   408.287.1554 - Facsimile
4
   Attorney for Defendant, Ming Zhong
5
                    IN THE UNITED STATES DISTRICT COURT
6
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8

9  UNITED STATES OF AMERICA,        )  No. CR 02-20145 JW
                                    )
10          Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                    )  CONTINUING DATE FOR SENTENCING
11     vs.                           )
                                    )  Date: June 23, 2008
12 FEI YE and MING ZHONG,            )  Time: 1:30 p.m.
                                    )  Court: Honorable James Ware
13          Defendants.              )
   _____  )

14

15     The parties stipulate as follows:

16     1.   Mr. Williams is currently in a trial 5 days a week, expected to last through August

17 1, 2008.

18     2.   The government filed its sentencing memorandum on June 17, 2008.  Both

19 defendants need additional time to address sentencing issues raised in the Presentence Reports

20 and in the government's sentencing memorandum.

21     3.   For these reasons, the defendants Fei Ye and Ming Zhong jointly request that the

22 Court continue the sentencing hearing currently scheduled for June 23, 2008 to August 25, 2008,

23 at 1:30 p.m.  The United States has no objection to this request.

24

25

U.S. v. Ye and Zhong CR 02-20145 JW                                                          1
Stipulation And [Proposed] Order Continuing Date For Sentencing

Dated: June 17, 2008    _____/s/_____
John L. Williams
Attorney for Defendant Ming Zhong

Dated: June 17, 2008    _____/s/_____
Paul Meltzer
Attorney for Defendant Fei Ye

Dated: June 17, 2008    _____/s/_____
Kyle F. Waldinger
Assistant United States Attorney

ORDER

The parties having stipulated thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing scheduled for June 23, 2008, is vacated and converted to a Status Hearing re Judgment and Sentencing.   The parties are requested to appear for the June 23, 2008 hearing at 1:30 PM.

Dated: June 20, 2008    _____
United States District Judge

U.S. v.  Ye and Zhong CR 02-20145 JW
Stipulation And [Proposed] Order Continuing Date For Sentencing

2