John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market St., Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Ming Zhong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-20145 JW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| vs. | ) | |
| FEI YE and MING ZHONG, | ) | Date: September 26, 2008<br>Time: 1:00 p.m.<br>Court: Honorable James Ware |
| Defendants. | ) | |

   Defendant Ming Zhong, by and through John L. Williams, defendant Fei Ye, by and through Paul Meltzer and the United States by and through Assistant United States Attorneys hereby stipulate and agree as follows:

   1.   Mr. Williams is currently in a trial 5 days a week, and the trial is expected to last through September 2008.

   2.   For this reason defendant Ming Zhong requests that the Court continue the sentencing hearing currently scheduled for September 26, 2008 to October 1, 2008, at 10:00a.m

Dated: September 15, 2008                _____/s/_____
                                          John L. Williams
                                          Attorney for Defendant Ming Zhong

U.S. v. Ye and Zhong CR 02-20145 JW
Stipulation And [Proposed] Order Continuing Hearing Date

1

| | |
|---|---|
| Dated: September 15, 2008 | _____/s/_____<br>Paul Meltzer<br>Attorney for Defendant Fei Ye |
| Dated: September 15, 2008 | _____/s/_____<br>Kyle F. Waldinger<br>Assistant United States Attorney |
| Dated: September 15, 2008 | _____/s/_____<br>Richard Cheng<br>Assistant United States Attorney |

## ORDER

The parties having stipulated thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing scheduled for September 26, 2008, is vacated and the matter is continued to October 1, 2008, at 10:00 a.m. before the Honorable James Ware, United States District Judge.

Dated: Sept. 17, 2008            *[signature: James Ware]*
                                  United States District Judge