John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market St., Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Ming Zhong

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 02-20145 JW |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| vs. | ) |
| FEI YE and MING ZHONG, | ) Date: October 1, 2008 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Court: Honorable James Ware |

Defendant Ming Zhong, by and through John L. Williams, defendant Fei Ye, by and through Paul Meltzer and the United States by and through Assistant United States Attorneys hereby stipulate and agree as follows:

1. Mr. Williams is currently in a trial 5 days a week, and the trial is expected to last through into October 2008.

2. For this reason defendant Ming Zhong requests that the October 1, 2008, hearing is continued to November 21, 2008 @ 1:00 p.m.

Dated: September 26, 2008                    _____/s/_____
                                              John L. Williams
                                              Attorney for Defendant Ming Zhong

Dated: September 26, 2008    _____/s/_____
Paul Meltzer
Attorney for Defendant Fei Ye

Dated: September 26, 2008    _____/s/_____
Kyle F. Waldinger
Assistant United States Attorney

ORDER

The parties having stipulated thereto, and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing scheduled for October 1, 2008, is vacated and the matter is continued to November 21, 2008, at 1:00 p.m. before the Honorable James Ware, United States District Judge.

Dated: October 6, 2008    _____
United States District Judge

U.S. v. Ye and Zhong CR 02-20145 JW
Stipulation And [Proposed] Order Continuing Hearing Date

2