**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  KYLE F. WALDINGER (ILSB 6238304)
   RICHARD C. CHENG (CSBN 135992)
5  Assistant United States Attorneys

6  450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
7  Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9
                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,        )  No.: CR 02-20145 JW
                                    )
14         Plaintiff,                )  STIPULATION RE: NOVEMBER 21, 2008
                                    )  HEARING
15      v.                           )
                                    )  Sent. Date:  November 21, 2008
16                                  )  Time:        1:00 p.m.
   FEI YE and MING ZHONG,           )  Court:       Hon. James Ware
17                                  )
                                    )
18         Defendants.               )
                                    )
19 _____ )

20     The parties are currently scheduled to appear before this Court on November 21, 2008, at

21 1:00 p.m. for an evidentiary hearing. The Court originally set the evidentiary hearing to

22 determine loss amount for sentencing purposes. Since that time, the parties have met and

23 conferred regarding the calculation of loss amount. The parties are now in agreement that the

24 appropriate calculation of loss for the purpose of calculating the Sentencing Guidelines is

25 between $1,000,001 and $2,500,000. Accordingly, the parties will not present any evidence at

26 the hearing set for November 21, 2008, and will be prepared to go forward with sentencing.

27     The United States has previously filed two memoranda (one under seal) with respect to

28 sentencing in this matter.

STIPULATION
CR 02-20145 JW

-2-

The defendants will file their sentencing memoranda prior to the hearing on November 21, 2008.

SO STIPULATED.

DATED: November 13, 2008					JOSEPH P. RUSSONIELLO
										United States Attorney


										_____/s/_____
										KYLE F. WALDINGER
										RICHARD C. CHENG
										Assistant United States Attorneys


DATED: November 13, 2008					_____/s/_____
										PAUL MELTZER
										Attorney for Defendant Fei Ye


DATED: November 13, 2008					_____/s/_____
										JOHN WILLIAMS
										Attorney for Defendant Ming Zhong


*** ORDER ***

The Court accepts the parties' Stipulation and orders the Clerk to convert the evidentiary hearing currently set for November 21, 2008 to a Judgment and Sentencing proceeding.  The Court orders that the time of the hearing be changed from 1 p.m. to **11:30 a.m.**

Criminal Local Rule 32-5(b) requires that Sentencing Memorandums be filed at least 7 days prior to the date set for sentencing.   Thus, if the Defendants elect to file sentencing memorandums, they shall be filed on or before **November 19, 2008**.

Dated:  November 18, 2008					_____
										JAMES WARE
										United States District Court