**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

11/03/2009

John L. Williams, Esq. [SBN 43912]
LAW OFFICES OF JOHN L. WILLIAMS
111 NORTH MARKET ST., SUITE 300
San Jose, CA 95113
(408) 332-5832 - Telephone
(408) 332-5842 - Facsimile

Attorney for Defendant
MING ZHONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> FEI YE and MING ZHONG, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No. CR-02-20145 JW <br><br> [~~PROPOSED~~] ORDER EXTENDING SURRENDER DATE FOR DEFENDANTS FEI YE AND MING ZHONG TO JANUARY 4TH, 2010. |

IT IS HEREBY ORDERED that the surrender date previously ordered by this Court for defendants Fei Ye and Ming Zhong be reset from, November 23, 2009, to Janury 4th, 2010 pursuant to the Stipulation entered into by Counsel for the defendants and the United States Attorney's Office. This is the final request to extend the self-surrender date.

Dated: November 3, 2009

*James Ware*
Honorable Jams Ware
United States District Judge

[PROPOSED] ORDER EXTENDING SURRENDER DATE
U.S. v. Ye and Zhong – Case No. CR-02-20145 JW